**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DARLA MOTLEY; JUAN JAMERSON,
*Plaintiffs-Appellants,*

v.

BERNARD PARKS; DARYL GATES;
GERALD CHALEFF; HERBERT
BOECKMAN; T. WARREN JACKSON;
ROBERT M. TALCOTT; RAYMOND C.
FISHER; GUADALUPE SANCHEZ;
GREGORY KADING; AL RUEGG;
JAMES BLACK; LAWRENCE WEBSTER;
DEAN HANSELL,
*Defendants-Appellees.*

No. 02-56648

D.C. No.
CV-00-01472-
MMM

ORDER

Filed March 21, 2005

Before: Mary M. Schroeder, Chief Judge.

---

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

---

[1]Judge Fisher is recused.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.